ACCEPTED
14-14-00828-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
2/25/2015 9:07:44 AM
CHRISTOPHER PRINE
CLERK

**No. 14-14-00828-CR**

IN THE

## *Court of Appeals*
## *For the Fourteenth Judicial District of Texas*
## *At Houston*

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
2/25/2015 9:07:44 AM
CHRISTOPHER A. PRINE
Clerk

_____

# DeSergio Geterus Parrish,
*Appellant*

*v.*

# The State of Texas
*Appellee*

_____

Cause number 1421465
In the 338th Judicial District Court
Of Harris County, Texas

_____

## *Appellant's Motion for Extension of Time Within Which to file the Appellant's Brief*

_____

TO THE HONORABLE FIRST COURT OF APPEALS:

DeSergio Geterus Parrish, the appellant, under Tex. R. App. P. 10.1 & 10.5(b), moves for an extension of time within which to file his appellate brief. In support of his motion, the appellant submits the following:

(A)    The appellant's brief is due on February 23, 2015.

(B)  The appellant seeks an extension of time to file the appellant's brief until, March 27, 2015.

(C)  The appellant relies upon the following facts to reasonably explain the need for an extension:

> Due to the undersigned's work load, more time is necessary to review the appellant record and prepare an appellate brief; a jury convicted the appellant of having an improper relationship with a student and the record will take some time to completely review.

(D)  No previous motion requesting an extension of time to file the appellant's brief has been requested and granted.

WHEREFORE, the appellant prays that this Court will grant the requested extension until March 27, 2015.

Respectfully submitted,

__/s/__Kelly Smith_____
KELLY ANN SMITH

### CERTIFICATE OF COMPLIANCE & SERVICE

Pursuant to TEX. R. APP. P. 9.5 & 9.4, this certifies that this document contains 291 words and a copy of the foregoing was served on the State at the following address: Devon Anderson, District Attorney,   1201 Franklin, 6th Floor, Houston, Texas  77002.

__/s/__KellySmith_____
KELLY ANN SMITH
Texas Bar No. 00797867

P.O. Box 10751
Houston, TX  77206
281-734-0668
Kelly.A.Smith.06@gmail.com

2